In the Matter of the Claim of WILLIE STARKS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— REYNOLDS, J.

Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Reynolds, J.

In the Matter of the Claim of STANLEY BIELAT, Appellant, v. ALCO PRODUCTS, INC., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Herlihy, J.